**DENY; Opinion Filed July 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00801-CV

### IN RE TEX-LA MANAGEMENT GROUP, LLC, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01138**

## MEMORANDUM OPINION
Before Justices O'Neill, Lang, and Brown
Opinion by Justice Brown

This petition for writ of mandamus arises from the trial court's order disqualifying counsel for relator. The facts and issues surrounding the petition are well-known to the parties so we do not recount them here. Based on the record before the Court, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** the petition for writ of mandamus.

/Ada Brown/
ADA BROWN
JUSTICE

140801F.P05